**Sandra Terlin ANDERSON, Plaintiff–Appellant,**

v.

**L. DAVENPORT, Sergeant; Correction Officer Lamm, Defendants— Appellees.**

**No. 06–6388.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 29, 2006.

Sandra Terlin Anderson, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sandra Terlin Anderson appeals the district court's order summarily dismissing her civil rights complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. Davenport*, No. 1:06–cv–00006–LMB (E.D. Va. filed Feb. 13, 2006, entered Feb. 14, 2006). We dispense with oral argument because

178

the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*